1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>            Plaintiffs, <br><br>      vs. <br><br> MICHAEL J. ROGERS, an individual doing business as "Rogers Plumbing", <br><br>            Defendant, | CASE NO.: CV08-05714 MMM (CWx) <br><br> **JUDGMENT** |

1

Judgment

173513.1

1    This action having been commenced on August 29, 2008, and the Court having
2    approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the
3    Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the
4    Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern
5    California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern
6    California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern
7    California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and
8    Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National
9    Pension Fund, and Trustees of the International Training, and against defendant
10   Michael J. Rogers, an individual doing business as "Rogers Plumbing", and for good
11   cause shown,

12

13   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
14       Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare
15   Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund,
16   Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,
17   Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund,
18   Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of
19   the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and
20   Pipefitters National Pension Fund, and Trustees of the International Training shall
21   recover from defendant Michael J. Rogers, an individual doing business as "Rogers
22   Plumbing", the principal amount of $24,551.99, together with post-judgment interest
23   as provided by law, until paid in full.

24

25   DATED: ~~July 8, 2009~~                    _Margaret M. Morrow_
26                                              UNITED STATES DISTRICT JUDGE
27
28

2

Judgment

173513.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On November 24, 2008, I served the foregoing document(s) described below:

**JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

R. Christopher Kroes
Law Offices of McCarthy & Kroes
125 East Victoria Street, Suite A
Santa Barbara, CA 93101

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California. (___ Express mail)

___(BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

___ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

___ BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on November 24, 2008, at Pasadena, California.

___(STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*Gayle Martinez*
Gayle Martinez

168037.1